IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN STONE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS and STAFFORD CREEK CORRECTIONS CENTER,<br><br>Defendants. | No.<br><br>COMPLAINT |

COMES NOW the Plaintiff, JUSTIN STONE, and alleges as follows:

1.1. Plaintiff, JUSTIN STONE, is an inmate at defendant STAFFORD CREEK CORRECTIONS CENTER, located in Aberdeen, Greys Harbor County, Washington

1.2. The Defendant, STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, is a department of the State of Washington, and acts through its agents and employees;

1.3. The Defendant, STAFFORD CREEK CORRECTIONS CENTER, is part of the corrections system of the State of Washington and acts through its employees and agents;

Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529

1.4. All actions and omissions alleged herein, occurred in Greys Harbor County, Washington.

1.5. This is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331 and § 1343, and is one which may be removed to this court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it is a civil action founded on a claim or right arising under federal law. The district court also has supplemental jurisdiction over any state claim pursuant to 28 U.S.C. § 1367.

1.6. Plaintiff filed an Administrative Claim with the State of Washington, Department of Enterprise Management, Office of Risk Management, and more than sixty days have elapsed since the filing of the claim.

## II. FACTS

2.

2.1. On or about July 15, 2018, Plaintiff JUSTIN STONE was an inmate at STAFFORD CREEK CORRECTIONS CENTER, housed in H4-A Pod

2.2. At some point prior to July 15, 2018, Plaintiff JUSTIN STONE was prescribed prazosin by the DOC medical staff for PTSD

2.3. Dizziness and sudden fainting are known side effects of prazosin.

2.4. On or about July 15, 2018 at approximately 10:20 PM the staff at STAFFORD CREEDK CORRECTIONS CENTER conducted a fire drill for H4-A Pod.

2.5. During said fire drill, the inmates were lined up, stretching from the front door of H4 to the nearly the front door of H3.

Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529

2.6. During this drill, Plaintiff JUSTIN STONE's knees buckled and he collapsed.

2.7. Plaintiff JUSTIN STONE ~~stuck his head/face~~ on the breezeway concrete Fall back on his backside

2.8. One of the officers ordered Plaintiff JUSTIN STONE to "get up."

2.9. Plaintiff JUSTIN STONE was able to stand for a matter of seconds and toppled over again. Going face first into the concrete

2.10. Blood was coming from Plaintiff JUSTIN STONE's mouth.

2.11. Plaintiff STONE had multiple teeth broken, and abrasions on his chin, chest and both knees and a closed head concussion.

2.12. At this time, one of the officers, came to Plaintiff JUSTIN STONE's aid and told him to stay on the ground.

2.13. Medical aid arrived and Plaintiff JUSTIN STONE was taken for medical treatment.

2.14. On or about February 19, 2019 it was determined that Plaintiff JUSTIN STONE had been overmedicated on his prazosin and that was likely the result of his fall on July 15, 2018.

2.15. On November 1, 2018, Plaintiff JUSTIN STONE's request for an upper denture was denied.

2.16. On or about December 18, 2018, Plaintiff JUSTIN STONE filed a grievance regarding the CRC's decision.

2.17. That grievance was denied on December 21, 2018 by D. Brewer, CSII.



Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529

2.18. On or about December 31, 2018, Plaintiff JUSTIN STONE filed an appeal of the level one response, by filing a level 2 grievance.

2.19. The level 2 grievance was denied on January 4, 2019 by Superintendent Ronald Hayes.

2.20. On or about January 15, 2019, Plaintiff JUSTIN STONE filed an appeal of the level 2 response by filing a Level 3 grievance.

2.21. In reviewing the Level 3 grievance, Dr. J. McDaniel , Chief of Dentistry reviewed Plaintiff STONE's records and found that Plaintiff STONE's case was an exception to the rule that DOC does not cover the expense of replacement of teeth solely for esthetic purposes, and recommended that DOC Dental evaluate Plaintiff STONE for an upper partial denture.

2.22. The level III grievance was supported on February 19, 2019 by Assistant Secretary Deputy Director Mary J. Currey.

2.23. On February 19, 2019, Assistant Secretary Deputy Director Mary J. Currey confirmed that the dosage of prazosin Plaintiff JUSTIN STONE had been prescribed and administered by the DOC medical staff may have contributed to his fainting spells which caused irreversible nerve damage to some of his front teeth.

## III. FIRST CAUSE OF ACTION
## FAILURE TO PROVIDE REASONABLE MEDICAL CARE FOR INMATE

3.1 Plaintiff incorporates by reference paragraphs 1.1 through 2.23 as if fully set forth herein.

3.2. Defendants had a duty to provide reasonable medical care for inmates in their care.

Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529

3.3 Defendants breach that duty by prescribing a dosage of medication that contributed to Plaintiff JUSTIN STONE's fainting.

3.4 As a direct and proximate result of Defendants' breach of their duty of care to provide for Plaintiff's serious medical condition, Plaintiff suffered pain and suffering and repeated surgeries.

## IV. SECOND CAUSE OF ACTION
## NEGLIGENCE

4.1 Plaintiff incorporates by reference paragraphs 1.1 through 2.23 as if fully set forth herein.

4.2 Plaintiff alleges that the injuries sustained by Plaintiff would ordinarily not occur absent negligence on the part of the Defendants

## V. THIRD CAUSE OF ACTION: VIOLATION OF 8TH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT

5.1 Plaintiff incorporates by reference paragraphs 1.1 through 2.28 as if fully set forth herein.

5.2 Plaintiff alleges that Defendants violated his Eighth Amendment rights to be free of cruel and unusual punishment.

5.3 The actions and omissions alleged herein were engaged in pursuant to the policies and practices of STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, STAFFORD CREEK CORRECTIONS CENTER, acting by and through its agents and employees and under color of laws and ordinances of the State of Washington.

Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529

## VI. FOURTH CAUSE OF ACTION: BREACH OF DUTY OF CARE

6.1 Plaintiff incorporates by reference paragraphs 1.1 through 2.28 as if fully set forth herein.

6.2 Plaintiff alleges that upon his incarceration by the Defendants, Plaintiff was unable to provide care for himself and the Defendants became obligated under a non-delegable duty to provide care and attention to Plaintiff, the violation of this duty, by Defendants, resulting in serious and permanent injuries to the person of the Plaintiff.

6.3 Plaintiff alleges that but for that breach of duty, he would not have suffered serious and permanent injuries.

## VII. FIFTH CAUSE OF ACTION: OUTRAGE

7.1 Plaintiff incorporates by reference paragraphs 1.1 through 2.28 as if fully set forth herein.

7.2 Plaintiff alleges that the conduct of Defendants has been outrageous in character and so extreme in degree as to be beyond all bounds of decency and should be regarded as utterly intolerable and outrageous in nature.

## VIII. SIXTH CAUSE OF ACTION: NEGLIGENCE IN TRAINING

8.1 Plaintiff incorporates by reference paragraphs 1.1 through 2.28 as if fully set forth

Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529

herein.

8.2 Plaintiff alleges that the Defendant, STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS and STAFFORD CREEK CORRECTIONS CENTER failed to adequately and properly train and supervise its employees in the recognition and providing of medical attention to incarcerated inmates and as a direct and proximate result thereof, Plaintiff suffered serious injuries to his person, some of which will be permanent in nature.

WHEREFORE Plaintiff prays for judgment against Defendants as follows:

1. For general damages which the Plaintiff has sustained to his person in such amount as will be just and reasonable to compensate him for his injuries and accompanying pain, suffering, anxiety and for all damages suffered to date and those which can reasonably be expected to occur into the future;

2. For medical costs and expenses incurred to date and those which will be reasonably incurred in the future;

3. For prejudgment interest;

4. For damages resulting from the violations of Plaintiff's constitutional rights and liberties;

5. For all other damages which are in amounts now unknown but which will be proven at the time of trial; and

Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529

6. For such other and further relief as may seem just and equitable to the court.

Respectfully submitted this 29th day of Sept, 2020.

Donna Gibson
Donna Gibson WSBA # 33583
Attorney for Plaintiff
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529
Fax: 425-332-7068
donna@donnagibsonlaw.com

VERIFICATION

I am the plaintiff in the above action. I have read the above Complaint and declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge, belief and the records that I maintained.

Sign and dated this 31 day of August, 2020 at Aberdeen, Washington.

JUSTIN STONE

Donna Gibson
Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529